## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH HUDSON,** | } | **CASE NO. 1:12CV1890** |
| | } | |
| **Plaintiff,** | } | **JUDGE:  Patricia A. Gaughan** |
| | } | |
| **v.** | } | **PLAINTIFF'S DISMISSAL WITH** |
| | } | **PREJUDICE** |
| **CREDIT MANAGEMENT** | } | |
| **CONTROL, INC.,** | } | |
| | } | |
| **Defendant.** | } | |

So Ordered.
/s/ Patricia A. Gaughan
9/19/12

**NOW COMES** Plaintiff Elizabeth Hudson, by and through undersigned counsel, and hereby respectfully requests that this Court dismiss the above captioned case with prejudice.

Respectfully submitted,

**KAHN & ASSOCIATES, LLC**

*/s/ David W. Skall*

**DAVID W. SKALL (0068740)**
dskall@kahnandassociates.com
6200 Rockside Woods Blvd., Suite 215
Cleveland, Ohio 44131
216.621.6101 Telephone
216.621.6006 Facsimile
Attorney for Plaintiff